UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                         NO. 4:15CR-101-05 JM

FELICIE WYATT MD                                                                          DEFENDANT

**DEFENDANT FELICIE WYATT'S INTENT TO OFFER EXPERT
MEDICAL TESTIMONY AND NOTICE TO OFFER
TESTIMONY OF CHARACTER WITNESSES AT TRIAL**

Comes now the Defendant, Felicie Wyatt, MD, by her attorneys, MAYS, BYRD & ASSOCIATES, P.A., by Arkie Byrd and Richard L. Mays and states as follows:

Pursuant to Federal Rule of Criminal Procedure 16, Dr. Wyatt hereby informs the United States of her intent to use at trial the expert that follows: Dr. Wally R. Smith, M.D.  Dr. Wyatt anticipates offering the testimony of Dr. Smith concerning the standard of care of physicians and whether Dr. Wyatt deviated from the standard of care in prescribing controlled substances and practicing in this and other similar communities.

It is anticipated that Dr. Wyatt will offer the testimony of Dr. David Walker and Dr. Richard Myers regarding the character of Dr. Wyatt, pursuant to Federal Rule of Evidence 404(a)(2)(A). Dr. Smith has practiced since 1984 in primary care, sickle cell disease.  Boarded in Internal Medicine since 1984 (no recertification necessary in 1984).  Doing pain management and comprehensive care for sickle cell disease patients since 1984 at two institutions.  (University of Tennessee, Virginia Commonwealth University).  Not formally hematology trained, but acknowledged expert in sickle cell disease.

Dr. Smith is holder of over 50 Federal, Foundation, and other grants for research on pain, sickle cell disease or health services research.  Prescriber of opioids, legally and without prosecution

or warning from boards of medicine in Tennessee, Arkansas (ED physician worker 1982-1985), or Virginia, where he practices.

Dr. Smith is an international authority on pain in sickle cell disease and chronic non-cancer pain. He is a member of the Interagency Pain Research Coordinating Committee, a federal standards-setting committee for pain management.

During his career, he has served as an expert witness for both the prosecution and for Plaintiffs related to pain management in sickle cell disease or related to other aspects of sickle cell disease.

## Notice of Intent to Offer Expert Testimony of Dr. Smith

Dr. Wyatt anticipates that the United States will attempt to demonstrate that she issued or supervised the issuance of prescriptions without a legitimate medical purpose by providing expert testimony and/or other evidence purporting that Dr. Wyatt violated the standard of care that should be exhibited by a physician in this community. It is additionally anticipated the United States will attempt to provide Dr. Wyatt conspired with other Defendants to issue such prescriptions.

Dr. Wyatt expects that Dr. Smith will give testimony based upon the evidence and records thus far produced by the Government and upon his education and experience that Dr. Wyatt acted in this case within the expected standard of care of a physician in this community. It is also expected that Dr. Smith will testify that he is well aware of the standard of care to be exhibited by prescribing medical professionals in this community and others similar to it. It is further expected taht Dr. Smith will respond to testimony offered by other experts, including but not limited to those identified by the Government thus far.

**Notice of Intent to Offer Dr. Walker and Dr. Myers as Character Witnesses**

Due to the nature of the allegations asserted against Dr. Wyatt, the Government necessarily call into question the character and ethics of Dr. Wyatt, both professional and personal. Dr. Wyatt anticipates Drs. Walker and Myers will provide testimony regarding Dr. Wyatt's personal and professional character and ethical values.

Dr. Walker has known Dr. Wyatt as a fellow professional and as an employee of the Veteran Hospital in Jackson, Mississippi. Dr. Walker is familiar with the professional character and ethics of Dr. Wyatt. Dr. Myers was involved in the training of Dr. Wyatt during a fellowship in the area of pallative care and has known her professionally for several years.

    Respectfully submitted,

    /s/Arkie Byrd #80020
    /s/Richard L. Mays, Sr. #68036
    MAYS, BYRD & ASSOCIATES, P.A.
    415 Main Street
    Little Rock, Arkansas 72201
    501-372-6303
    501-399-9280 - facsimile

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, electronically filed with the clerk of the court using the CM/ECF system, which shall send notification to the following:

Christopher L. Palmer    cpalmer@dkrfirm.com, rjohnson@dkrfirm.com

Richard L. Mays    maysr@aol.com, djohnson@maysbyrdlaw.com

James H. Phillips    jhphillips@windstream.net

Jeffrey M. Rosenzweig    jrosenzweig@att.net, jeffrosenzweig@sbcglobal.net, leejoshr@gmail.com, smwbraden@gmail.com

Mark F. Hampton    MarkFHampton@aol.com, Marietta@MarkHamptonLaw.com

M. Darren O'Quinn    darren@darrenoquinn.com, hilary@darrenoquinn.com

B. Dale West    lawyer.west@sbcglobal.net

Lea Ellen Fowler    leaellenfowler@gmail.com, leaellen@leaellenfowlerlaw.com

James Winfield Wyatt    jwyatt@mawplc.com, cjackson@mawplc.com

William Owen James, Jr    wmjamesjr@aol.com, joejbarraza@yahoo.com, lee@jamesfirm.com

Anne E. Gardner    anne.gardner2@usdoj.gov, valerie.andrews@usdoj.gov

Patrick L. Spivey    pspivey@fc-lawyers.com, sdickson@fc-lawyers.com

Kim Driggers    Kim_Driggers@Fd.org, Imirida_Lopez@fd.org

Ryan C. Allen    ryanallenlaw@gmail.com

/s/Arkie Byrd